IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ILYAS AHMED SHAIKH, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CASE NO.:  1:23-cv-196 |
| | * |
| COUNTY OF MOBILE/MOBILE | * |
| COUNTY COMMISSION(ERS); | * |
| CITY OF MOBILE; THADDEUS | * |
| HOYT, JR., individually and in his | * |
| official capacity as Mobile Police | * |
| Officer; COMMUNITY SECURITY | * |
| SERVICES, LLC; SIMEON | * |
| JOHNSON; MOBILE COUNTY | * |
| LICENSE COMMISSION/MOBILE | * |
| COUNTY LICENSE | * |
| COMMISSIONER in his official | * |
| capacity; et al.; | |
| | * |
| Defendants. | * |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, ILYAS AHMED SHAIKH, and hereby submits this notice of Voluntary Dismissal of Defendants COUNTY OF MOBILE/MOBILE COUNTY COMMISSION(ERS) and MOBILE COUNTY LICENSE COMMISSION/MOBILE COUNTY LICENSE COMMISSIONER in his official capacity.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff respectfully requests this Honorable Court to dismiss the Defendants named above from this

matter without prejudice.

/s/J. Joshua Briskman
S. JOSHUA BRISKMAN (BRI041)
*jbriskman@briskman-binion.com*
Attorney for Plaintiff, Ilyas Ahmed Shaikh

OF COUNSEL:

**BRISKMAN & BINION, P.C.**
Post Office Box 43
Mobile, AL  36601
*T:*  251.433.7600
*F:*  251.433.4485

CERTIFICATE OF SERVICE

 I hereby certify that I served the foregoing notice on counsel of record at the addresses listed below by electronic notice of this Court's CM/ECF online filing system in which same was e-filed on this the 13th day of October 2023.

Attorneys for Mobile County, Alabama, by and through Mobile County Commission, and Nick Matranga, in his official capacity as the Mobile County License Commission:

Jay M. Ross, Esq.
*jay.ross@arlaw.com*
A. Patrick Dungan, Esq.
*Patrick.dungan@arlaw.com*
Garrett Zoghby, Esq.
*Garrett.zoghby@arlaw.com*
ADAMS AND REESE LLP
P.O. Box 1348
Mobile, AL 36633

Attorneys for City of Mobile and Thaddeus Hoyt, Jr.

Taylor Barr Johnson, Esq.
*tjohnson@burr.com*

L. Robert Shreve, Esq.
*rshreve@burr.com*
BURR & FORMAN LLP
11 North Water Street, Suite 22200
Mobile, AL  36602

Attorneys for Community Security Services, LLC and Simeon Johnson

S. Christopher Collier, Esq.
*chris.collier@lewisbrisbois.com*
Cecilia A. Walker, Esq.
*cecilia.walker@lewisbrisbois.com*
LEWIS BRISBOIS BISGAARD & SMITH LLP
600 Peachtree Street NE, Suite 4700
Atlanta, GA 30308

                                      */s/S. Joshua Briskman*
                                      OF COUNSEL