IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ILYAS AHMED SHAIKH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) |
| | ) Civil Action No. 23-000196-KD-N |
| **COUNTY OF MOBILE/MOBILE** | ) |
| **COUNTY COMMISSION(ERS),** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This action is before the court on the joint stipulation of pro tanto dismissal with prejudice (doc. 37). Plaintiff Ilyas Ahmed Shaikh and Defendants Simeon Johnson and Community Security Services, LLC, stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismissal of all claims against Defendants Johnson and Community Security. However, the stipulation is not signed by all parties who have appeared in this action. City of Jacksonville v. Jacksonville Hospitality Holdings, L.P., 82 F.4th 1031, 1034 (11th Cir. 2023) (holding that a Rule 41(a)(1)(A)(ii) joint stipulation requires the signatures of "all parties who have appeared in the lawsuit," not just "all parties involved in the dismissal."). Without the signatures of County of Mobile/Mobile County Commission(ers), City of Mobile, Thaddeus Hoyt, Jr., and Mobile County License Commission/Mobile County License Commissioner, all the parties who have appeared in this action, the stipulation has no effect.

However, Plaintiff Shaikh may voluntarily dismiss his action against Defendants Johnson and Community Security pursuant to Rule 41(a)(2), which provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."

Thus, the Court will consider the joint stipulation as a motion for voluntary dismissal pursuant to Rule 41(a)(2).

Upon consideration, the motion is GRANTED, and Defendants Johnson and Community Security are dismissed with prejudice.[1]

Nothing herein shall be construed as dismissing the remaining claims against the remaining Defendants City of Mobile and Thaddeus Hoyt, Jr. [2]

**DONE** and **ORDERED** this the 1st day of December 2023.

    s / Kristi K DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE

---

[1] "Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice." Fed. R. Civ. P. 41(a)(2).

[2] The County Defendants have been dismissed (docs. 35, 36).