IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ILYAS AHMED SHAIKH,** )<br>　　Plaintiff, )<br> )<br>v. )<br> )<br>**COUNTY OF MOBILE/MOBILE** )<br>**COUNTY COMMISSION(ERS),** *et al.*, )<br>　　Defendants. ) | **CIVIL ACTION NO. 1:23-00196-KD-N** |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 41) dated June 5, 2024, made under 28 U.S.C. § 636(b)(1)(B)-(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a), is **ADOPTED** as the opinion of this Court.

Accordingly, the following is **ORDERED**:

1. Plaintiff Ilyas Ahmed Shaikh's response brief (Doc. 32) is treated as a notice of voluntary dismissal of all claims against Defendant City of Mobile, effective upon filing. Accordingly, the Clerk of Court is **DIRECTED** to terminate the City as a party to this action.

2. Shaikh is granted leave under Federal Rule of Civil Procedure 15(a)(2) to file and serve, no later than **July 30, 2024**, a second amended complaint that drops all claims against Defendant Thaddeus Hoyt, Jr. except the false arrest/detention claims alleged against Hoyt in Counts II and VIII of the first amended complaint (Doc. 16) in his individual capacity. The second amended complaint must also drop (i) all fictitious defendants as parties, and (ii) all claims and parties that have been voluntarily dismissed under Rule 41(a).

3. The City and Hoyt's motion to dismiss the first amended complaint under Federal Rule of Civil Procedure 12(b)(6) (Doc. 23) is **DENIED** as to the false arrest/detention claims against Hoyt in his individual capacity in Counts II and VIII, and is otherwise **MOOT**, but **without prejudice** to Hoyt's ability to renew his Rule 12(b)(6) motion as to the other counts against him in the first amended complaint should Shaikh fail to timely or otherwise properly file a second amended complaint in accordance with the foregoing directives.

**DONE** and **ORDERED** this the 9th day of July 2024.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**