IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| ILYAS AHMED SHAIKH, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Civil Action No. 23-000196-KD-N |
| COUNTY OF MOBILE, *et al.*, [1] | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This action is before the Court on notice from Plaintiff Ilyas Ahmed Shaikh and the remaining Defendant Thaddeus Hoyt, Jr., that the parties settled this action (doc. 53). However, the parties report that they need an additional forty-five (45) days to complete the settlement documents.

Accordingly, this action is **DISMISSED with prejudic**e s**ubject to the right of either party to reinstate this action within forty-five (45) days of the date of this Order should the settlement not be completed.**

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE** and **ORDERED** this 10th day of January 2025.

        /s/ Kristi K. DuBose
        KRISTI K. DuBOSE
        UNITED STATES DISTRICT JUDGE

---

[1] Defendants Mobile County, Commissioners of Mobile County, Mobile County License Commission, Mobile County License Commissioner, Community Security Services, Inc., Community Services LLC, Simeon Johnson, and the City of Mobile have been dismissed from this action (docs. 36, 39, 42).